# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

May 4, 2012

**By ECF and Facsimile**
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

    Re: *Guallpa, et. al. v. Lee K or New York, Inc., et al.*
       *Case No. 12-CV-01021 (DLI) (CLP)*

Dear Judge Pollak,

  The following constitutes the parties' joint status report and a request for the court to schedule an early settlement conference.

  Counsel have conferred, and jointly request that an early settlement conference be scheduled at the court's convenience. Counsel believe it would be useful for the parties to attend this conference. If settlement were not reached, we would ask the court to order a discovery schedule.

  We thank the Court for its consideration of this matter.

            Respectfully submitted,

            Peter H. Cooper

PHC /mjz

cc: Diane Lee, Esq. (by ECF and E-mail)