UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE GUALLPA and MARIANA RAMIREZ, : Case No. 12cv1021
on behalf of themselves and others similarly situated,
: **STIPULATION OF**
Plaintiffs, **DISMISSAL**
-against- **WITH PREJUDICE**

:
LEE K OF NY, INC., LEE & COMPANY OF NY, INC.,
SOON DEOK KWON, and JIN LEE, :

Defendants. :
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED that this case having been settled before the Honorable Judge Cheryl L. Pollak, U.S.M.J., this action is and shall be discontinued and dismissed with prejudice, except that the court shall retain jurisdiction to enforce the settlement only. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
July 26, 2012

_____          _____
Peter H. Cooper, Esq. (PHC 4714)   Diane H. Lee, Esq. (DL 3170)
Cilenti & Cooper PLLC              Law Offices of Diane H. Lee
**Attorneys for Plaintiff**        **Attorneys for Defendants**
708 Third Avenue – 6th Floor       1222 Anderson Avenue
New York, NY 10017                 Fort Lee, NJ 07024

So Ordered

_____